# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                              §
                                    §
NIRCHI, PHYLLIS M                   §     Case No. 07-02730 ERW
                                    §
                Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/RONALD R. PETERSON_____
                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 07-02730 | Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | NIRCHI, PHYLLIS M | | Date Filed (f) or Converted (c): | 02/16/07 (f) |
| | | | 341(a) Meeting Date: | 03/13/07 |
| For Period Ending: | 12/17/13 | | Claims Bar Date: | 06/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. SINGLE FAMILY REAL ESTATE LOCATED AT 6700 S. BRAIN | 165,000.00 | 0.00 | | 0.00 | 0.00 | 225,000.00 | 0.00 |
| 2. CASH ON HAND | 25.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. CHECKING ACCOUNT W/ WESTERN SPRINGS NATIONAL BANK | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. MISC. HOUSEHOLD GOODS | 950.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. BOOKS, PICTURES, CDS, AND OTHER COLLECTIBLES | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. CLOTHING | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. MISC. COSTUME JEWELRY | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. IRA W/ AMERITRADE | 142.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. PERSONAL INJURY LAWSUIT - AGAINST A HAIR SALON - C | 1,000,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. POTENTIAL FRAUD CASE AGAINST FATHER AND DAUGHTERS. | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 11. POTENTIAL FRAUD CASE AGAINST FATHER AND SONS. LOCA | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 07-02730 | Judge: EUGENE R. WEDOFF | Trustee Name: | RONALD R. PETERSON |
| Case Name: | NIRCHI, PHYLLIS M | | Date Filed (f) or Converted (c): | 02/16/07 (f) |
| | | | 341(a) Meeting Date: | 03/13/07 |
| | | | Claims Bar Date: | 06/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 12. SEXUAL ABUSE CASE - VALUE UNKNOWN - RETAINED TOM N | 0.00 | Unknown | | 0.00 | Unknown | 0.00 | 0.00 |
| 13. 1995 CADILLAC FLEETWOOD | 1,200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Nirchi v. Jimmy Stone and Harrah's Casino Joliet (u) | 0.00 | 5,604.37 | | 5,604.37 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.66 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $1,167,967.00 | $5,604.37 | | $5,608.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $225,000.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 29, 2013, 09:07 am Been in contact with seconed PI lawyer on hair case at beauty salon. Not optimistic. Claim is a little shakey and the debtor is shakier.

The Debtor's personal injury lawsuit is being prosecuted by the new lawyer.

January 30, 2012, 11:45 am. The case was dismissed and re-filed as 11 L 11860. A new lawyer is involved, and I have a telephone call into her.

Personal injury lawsuit - Case No. 06 L 003407:

December 29, 2010, 9:00 a.m. Called the Debtor's lawyer to inquire as to why the case is on the Bankruptcy Docket. The case is stalled in the Circuit Court. The case consists of $23,000 in specials, and I now value it at $100,000,

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 3
Exhibit A

| | |
|---|---|
| Case No: 07-02730 Judge: EUGENE R. WEDOFF | Trustee Name: RONALD R. PETERSON |
| Case Name: NIRCHI, PHYLLIS M | Date Filed (f) or Converted (c): 02/16/07 (f) |
| | 341(a) Meeting Date: 03/13/07 |
| | Claims Bar Date: 06/18/07 |

assuming a finding of liability.

An unscheduled Joliet slip-and-fall lawsuit settled for $3,333.33.

RE PROP# 14---Settled for $5,604.37

Initial Projected Date of Final Report (TFR): 12/31/09      Current Projected Date of Final Report (TFR): 12/31/14

_____     Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-02730 -ERW | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | NIRCHI, PHYLLIS M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8257 Checking Account |
| Taxpayer ID No: | *******7322 | | |
| For Period Ending: | 12/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,536.46 | | 5,536.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.41 | 5,533.05 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.53 | 5,529.52 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.41 | 5,526.11 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.52 | 5,522.59 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,512.59 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,502.59 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,492.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,482.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,472.59 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,462.59 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,452.59 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,442.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,432.59 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,422.59 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,412.59 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 5,536.46 | 123.87 | 5,412.59 |
| Less: Bank Transfers/CD's | 5,536.46 | 0.00 | |
| Subtotal | 0.00 | 123.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 123.87 | |

Page Subtotals 5,536.46 123.87

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.04b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 07-02730 -ERW | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | NIRCHI, PHYLLIS M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0215  BofA - Money Market Account |
| Taxpayer ID No: | *******7322 | | | |
| For Period Ending: | 12/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/09 | 14 | Phyllis M.r Nirchi v. Jimmy Stone and Harrah's Csino homas P. Naughton , atty | | 1242-000 | 5,604.37 | | 5,604.37 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.51 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.65 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.79 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.93 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.35 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,605.48 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,605.61 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,605.76 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.90 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.04 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.18 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,606.47 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.61 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,606.74 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,606.89 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,607.03 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 5,607.17 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,607.21 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,607.30 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,607.35 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.40 |

Page Subtotals       5,607.40       0.00

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-02730 -ERW | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | NIRCHI, PHYLLIS M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0215  BofA - Money Market Account |
| Taxpayer ID No: | *******7322 | | |
| For Period Ending: | 12/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,607.44 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.49 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.54 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.59 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.14 | 5,600.45 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,600.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.90 | 5,593.60 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,593.65 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.90 | 5,586.75 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,586.80 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.33 | 5,579.47 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,579.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,572.88 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,572.93 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.85 | 5,566.08 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,566.13 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.07 | 5,559.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,559.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.06 | 5,552.05 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,552.09 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.60 | 5,545.49 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,545.54 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.27 | 5,538.27 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 5,538.28 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.82 | 5,536.46 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,536.46 | 0.00 |
| | | | | Page Subtotals | 0.63 | 5,608.03 | |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 07-02730 -ERW |
| Case Name: | NIRCHI, PHYLLIS M |
| Taxpayer ID No: | *******7322 |
| For Period Ending: | 12/17/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0215  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Deposits | Disbursements | |
|---|---|---|---|
| COLUMN TOTALS | 5,608.03 | 5,608.03 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 5,536.46 | |
| Subtotal | 5,608.03 | 71.57 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,608.03 | 71.57 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8257 | 0.00 | 123.87 | 5,412.59 |
| BofA - Money Market Account - ********0215 | 5,608.03 | 71.57 | 0.00 |
| | 5,608.03 | 195.44 | 5,412.59 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 17, 2013 |
|---|---|---|---|---|---|---|

Case Number: 07-02730   Claim Class Sequence
Debtor Name: NIRCHI, PHYLLIS M

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 03/22/07 | $6,539.03 | $0.00 | $6,539.03 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Unsecured | Filed 04/11/07 | $7,127.40 | $0.00 | $7,127.40 |
| 000003<br>070<br>7100-00 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Unsecured | Filed 05/04/07 | $8,755.59 | $0.00 | $8,755.59 |
| 000004<br>070<br>7100-00 | LVNV Funding LLC its successors and assigns as<br>assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | Filed 06/05/07 | $16,869.49 | $0.00 | $16,869.49 |
| 000005<br>070<br>7100-00 | Verizon Wireless Midwest<br>AFNI/Verizon Midwest<br>404 Brock Drive<br>Bloomington, IL 61701 | Unsecured | Filed 06/12/07 | $392.10 | $0.00 | $392.10 |
| 000006<br>080<br>7200-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA Card Services, NA/Bank of America<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | Filed 01/22/09 | $544.03 | $0.00 | $544.03 |
| 000007<br>080<br>7200-00 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>FIA Card Services, NA/Bank of America<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Unsecured | Filed 01/22/09 | $27,931.31 | $0.00 | $27,931.31 |
| | Case Totals: | | | $68,158.95 | $0.00 | $68,158.95 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-02730 ERW
Case Name: NIRCHI, PHYLLIS M
Trustee Name: RONALD R. PETERSON

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Trustee Expenses: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be          percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ | $ | $ |
| 000003 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $ | $ | $ |
| 000004 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ | $ | $ |
| 000005 | Verizon Wireless Midwest<br>AFNI/Verizon Midwest<br>404 Brock Drive<br>Bloomington, IL 61701 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Services, NA/Bank of America 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ | $ | $ |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Services, NA/Bank of America 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors         $_____

Remaining Balance                                             $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE