**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NIRCHI, PHYLLIS M | § | Case No. 07-02730 ERW |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE U.S. BANKRUPTCY COURT
          KENNETH S. GARDNER
          219 S. Dearborn St.
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 01/28/2014 in Courtroom 744,
          UNITED STATES BANKRUPTCY COURT
          219 S. Dearborn St.
          Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/20/2013          By: UNITED STATES BANKRUPTCY
                                                  COURT
                                                  Clerk

*RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re:                              §
                                    §
NIRCHI, PHYLLIS M                   §     Case No. 07-02730 ERW
                                    §
          Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,608.03 |
| and approved disbursements of | $ | 195.44 |
| leaving a balance on hand of[1] | $ | 5,412.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,310.80 | $ 0.00 | $ 1,310.80 |
| Trustee Expenses: RONALD R. PETERSON | $ 17.86 | $ 0.00 | $ 17.86 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,328.66 |
| Remaining Balance | $ 4,083.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,683.61  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 6,539.03 | $ 0.00 | $ 672.95 |
| 000002 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | $ 7,127.40 | $ 0.00 | $ 733.50 |
| 000003 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | $ 8,755.59 | $ 0.00 | $ 901.06 |
| 000004 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 16,869.49 | $ 0.00 | $ 1,736.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Verizon Wireless Midwest AFNI/Verizon Midwest 404 Brock Drive Bloomington, IL 61701 | $ 392.10 | $ 0.00 | $ 40.35 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,083.93 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 28,475.34 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Services, NA/Bank of America 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ 544.03 | $ 0.00 | $ 0.00 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR FIA Card Services, NA/Bank of America 4515 N Santa Fe Ave Oklahoma City, OK 73118 | $ 27,931.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Phyllis M Nirchi
    Debtor

Case No. 07-02730-ERW
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: acox    Page 1 of 2    Date Rcvd: Dec 20, 2013
               Form ID: pdf006    Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2013.
```
db            Phyllis M Nirchi,    6700 S Brainard Ave Apt 329,     Countryside, IL 60525-3014
11293286      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11182395      Amex,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
14361621      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
11182403     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court: Wash Mutual/providian,    PO Box 660509,    Dallas, TX 75266-0509)
11182397      Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11346119     +Chase Bank USA, N.A.,    P O Box 15145,    Wilmington, DE 19850-5145
11182399      Financial Freedom Senior Funding Corp,    353 Sacramento St Ste 900,
               San Francisco, CA 94111-3615
11182400      Gemb/ge Money,    200 W 14th St Suite 150,    Tempe, AZ 85281
11182394     +Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
11182401     +Monogram Bank N America,    PO Box 17054,    Wilmington, DE 19850-7054
11182393      Nirchi Phyllis M,    6700 S Brainard Ave Apt 329,    Countryside, IL 60525-3014
11182402      Verizon Wireless,    26935 Northwestern Hwy Ste 100,    Southfield, MI 48033-8449
11418518     +Verizon Wireless Midwest,    AFNI/Verizon Midwest,    404 Brock Drive,    Bloomington, IL 61701-2654
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13072874     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2013 01:23:11
               AMERICAN INFOSOURCE LP AS AGENT FOR,    FIA Card Services, NA/Bank of America,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11182398      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2013 01:01:19      Discover,    PO Box 15316,
               Wilmington, DE 19850-5316
11254136      E-mail/PDF: mrdiscen@discoverfinancial.com Dec 21 2013 01:01:19
               Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany, OH 43054-3025
11403215      E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2013 00:58:05
               LVNV Funding LLC its successors and assigns as,    assignee of Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11182396    ##Bank Of America,    PO Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2013                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2013 at the address(es) listed below:
```
          David L Freidberg    on behalf of Plaintiff   American Express Centurion Bank
           dfreidberg@freidberglaw.com
          David L Freidberg    on behalf of Plaintiff   American Express Centurion Bank
           dfreidberg@freidberglaw.com
          Julie M Gleason    on behalf of Debtor Phyllis M Nirchi juliegleasonlaw@gmail.com,
           gleasonbk@gmail.com;gleasonign@gmail.com;troy@gbankruptcy.com;meaghan@chicagobk.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard S Ralston    on behalf of Plaintiff   Discover Bank richardr@w-legal.com,
           chapter-13@w-legal.com
```

```
District/off: 0752-1          User: acox                  Page 2 of 2                  Date Rcvd: Dec 20, 2013
                              Form ID: pdf006             Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Richard S Ralston    on behalf of Plaintiff    FIA Card Services, N.A. richardr@w-legal.com,
               chapter-13@w-legal.com
              Richard S Ralston    on behalf of Plaintiff    Chase Bank USA N.A. richardr@w-legal.com,
               chapter-13@w-legal.com
              Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 8
```