# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                  §
                                        §
NIRCHI, PHYLLIS M                       §        Case No. 07-02730 ERW
                                        §
           Debtor(s)                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
(Without deducting any secured claims)

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on          . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON | | | | | |
| RONALD R PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000003 | CHASE BANK USA, NA | | | | | |
| 000001 | DISCOVER BANK/DISCOVER FINANCIAL SE | | | | | |
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000005 | VERIZON WIRELESS MIDWEST | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 07-02730 | Judge: EUGENE R. WEDOFF |
| Case Name: | NIRCHI, PHYLLIS M | |
| For Period Ending: | 05/14/14 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 02/16/07 (f) |
| 341(a) Meeting Date: | 03/13/07 |
| Claims Bar Date: | 06/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY REAL ESTATE LOCATED AT 6700 S. BRAIN | 165,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND | 25.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT W/ WESTERN SPRINGS NATIONAL BANK | 200.00 | 0.00 | | 0.00 | FA |
| 4. MISC. HOUSEHOLD GOODS | 950.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS, PICTURES, CDS, AND OTHER COLLECTIBLES | 150.00 | 0.00 | | 0.00 | FA |
| 6. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 7. MISC. COSTUME JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 8. IRA W/ AMERITRADE | 142.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY LAWSUIT - AGAINST A HAIR SALON - C | 1,000,000.00 | 0.00 | | 0.00 | FA |
| 10. POTENTIAL FRAUD CASE AGAINST FATHER AND DAUGHTERS. | 0.00 | 0.00 | | 0.00 | FA |
| 11. POTENTIAL FRAUD CASE AGAINST FATHER AND SONS. LOCA | 0.00 | 0.00 | | 0.00 | FA |
| 12. SEXUAL ABUSE CASE - VALUE UNKNOWN - RETAINED TOM N | 0.00 | 0.00 | | 0.00 | FA |
| 13. 1995 CADILLAC FLEETWOOD | 1,200.00 | 0.00 | | 0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No:   07-02730   Judge: EUGENE R. WEDOFF | Trustee Name:   RONALD R. PETERSON |
| Case Name:   NIRCHI, PHYLLIS M | Date Filed (f) or Converted (c):   02/16/07 (f) |
| | 341(a) Meeting Date:   03/13/07 |
| | Claims Bar Date:   06/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Nirchi v. Jimmy Stone and Harrah's Casino Joliet (u) | 0.00 | 5,604.37 | | 5,604.37 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.66 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,167,967.00 | $5,604.37 | | $5,608.03 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 12/19/13.  Checks cut 1/28/14.  There is one uncashed check still out.  Waiting  for 90-day check expiration.

April 29, 2013, 09:07 am Been in contact with seconed PI lawyer on hair case at beauty salon.  Not optimistic.  Claim is a little shakey and the debtor is shakier.

The Debtor's personal injury lawsuit is being prosecuted by the new lawyer.

January 30, 2012, 11:45 am.  The case was dismissed and re-filed as 11 L  11860.  A new lawyer is involved, and I have a telephone call into her.

Personal injury lawsuit - Case No. 06 L 003407:

December 29, 2010, 9:00 a.m.  Called the Debtor's lawyer to inquire as to why the case is on the Bankruptcy Docket.  The case is stalled in the Circuit Court.  The case consists of $23,000 in specials, and I now value it at $100,000, assuming a finding of liability.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-02730 | Trustee Name: | RONALD R. PETERSON |
| Case Name: | NIRCHI, PHYLLIS M | Date Filed (f) or Converted (c): | 02/16/07 (f) |
| | Judge: EUGENE R. WEDOFF | 341(a) Meeting Date: | 03/13/07 |
| | | Claims Bar Date: | 06/18/07 |

An unscheduled Joliet slip-and-fall  lawsuit settled for $3,333.33.


RE PROP# 14---Settled for $5,604.37


Initial Projected Date of Final Report (TFR): 12/31/09         Current Projected Date of Final Report (TFR): 12/31/14


_____ Date: _____

RONALD R. PETERSON

Ver: 17.05d

FORM 2                                                                                                         Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                             Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-02730 -ERW | Trustee Name: RONALD R. PETERSON |
| Case Name: | NIRCHI, PHYLLIS M | Bank Name: ASSOCIATED BANK |
| | | Account Number / CD #: *******8257 Checking Account |
| Taxpayer ID No: | *******7322 | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,536.46 | | 5,536.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.41 | 5,533.05 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.53 | 5,529.52 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.41 | 5,526.11 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.52 | 5,522.59 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,512.59 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,502.59 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,492.59 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,482.59 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,472.59 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,462.59 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,452.59 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,442.59 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,432.59 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,422.59 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,412.59 |
| 01/28/14 | 030001 | Ronald R. Peterson Jenner & Block LLC 353 North Clark Street Chicasgo, Illinois 60654-3456 | Trustee's compensation | 2100-000 | | 1,310.80 | 4,101.79 |
| 01/28/14 | 030002 | Ronald R Peterson Jenner & Block LLP 353 North Clark Street Chicago, Il 060654-3456 | Trustee Expenses | 2200-000 | | 17.86 | 4,083.93 |
| 01/28/14 | 030003 | Discover Bank/Discover Financial Services PO Box 3025 New Albany, OH 43054-3025 | Final distribution | 7100-000 | | 672.95 | 3,410.98 |
| 01/28/14 | 030004 | American Express Centurion Bank | Final distribution | 7100-000 | | 733.50 | 2,677.48 |

Page Subtotals                                                          5,536.46           2,858.98

FORM 2                                             Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:        07-02730  -ERW
Case Name:      NIRCHI, PHYLLIS M

Taxpayer ID No: *******7322
For Period Ending: 05/14/14

Trustee Name:       RONALD R. PETERSON
Bank Name:          ASSOCIATED BANK
Account Number / CD #:   *******8257  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/28/14 | 030005 | c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 CHASE BANK USA, NA PO BOX 15145 WILMINGTON, DE 19850-5145 | Final distribution | 7100-000 | | 901.06 | 1,776.42 |
| 01/28/14 | 030006 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Final distribution | 7100-000 | | 1,736.07 | 40.35 |
| * 01/28/14 | 030007 | Verizon Wireless Midwest AFNI/Verizon Midwest 404 Brock Drive Bloomington, IL 61701 | Final distribution | 7100-003 | | 40.35 | 0.00 |
| * 04/30/14 | 030007 | Verizon Wireless Midwest AFNI/Verizon Midwest 404 Brock Drive Bloomington, IL 61701 | Final distribution | 7100-003 | | -40.35 | 40.35 |
| 04/30/14 | 030008 | BANKRUPTCY COURT CLERK 219 SOUTH DEARBORN ST. CHICAGO, IL 60604 | Final distribution | 7100-001 | | 40.35 | 0.00 |

Page Subtotals            0.00        2,677.48

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*                      Ver: 17.05d

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-02730 -ERW | Trustee Name: | RONALD R. PETERSON |
| Case Name: | NIRCHI, PHYLLIS M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8257  Checking Account |
| Taxpayer ID No: | *******7322 | | |
| For Period Ending: | 05/14/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,536.46 | 5,536.46 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 5,536.46 | 0.00 | |
| | | | Subtotal | | 0.00 | 5,536.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 5,536.46 | |

Page Subtotals                         0.00                    0.00

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-02730  -ERW |
| Case Name: | NIRCHI, PHYLLIS M |
| | |
| Taxpayer ID No: | *******7322 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0215  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/26/09 | 14 | Phyllis M.r Nirchi v. Jimmy Stone and Harrah's Csino homas P. Naughton , atty | | 1242-000 | 5,604.37 | | 5,604.37 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.51 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.65 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.79 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,604.93 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.07 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.21 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.35 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,605.48 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,605.61 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,605.76 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,605.90 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.04 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.18 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.32 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,606.47 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,606.61 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.13 | | 5,606.74 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 5,606.89 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 5,607.03 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 5,607.17 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,607.21 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.26 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,607.30 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,607.35 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.40 |

Page Subtotals                5,607.40            0.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.05d

FORM 2                                                                    Page: 5

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-02730 -ERW | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | NIRCHI, PHYLLIS M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0215  BofA - Money Market Account |
| Taxpayer ID No: | *******7322 | | | |
| For Period Ending: | 05/14/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,607.44 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.49 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.54 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,607.59 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.14 | 5,600.45 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,600.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.90 | 5,593.60 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,593.65 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.90 | 5,586.75 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,586.80 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.33 | 5,579.47 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,579.51 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,572.88 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,572.93 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.85 | 5,566.08 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 5,566.13 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.07 | 5,559.06 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,559.11 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.06 | 5,552.05 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,552.09 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.60 | 5,545.49 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,545.54 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.27 | 5,538.27 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 5,538.28 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 1.82 | 5,536.46 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,536.46 | 0.00 |

|  | Page Subtotals | 0.63 | 5,608.03 |
|---|---|---|---|

Ver: 17.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2                                                                                      Page:  6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | |
|---|---|
| Case No: | 07-02730  -ERW |
| Case Name: | NIRCHI, PHYLLIS M |
| | |
| Taxpayer ID No: | *******7322 |
| For Period Ending: | 05/14/14 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0215  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,608.03 | 5,608.03 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 5,536.46 | |
| Subtotal | 5,608.03 | 71.57 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 5,608.03 | 71.57 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8257 | 0.00 | 5,536.46 | 0.00 |
| BofA - Money Market Account - ********0215 | 5,608.03 | 71.57 | 0.00 |
| | -------------------- | -------------------- | -------------------- |
| | 5,608.03 | 5,608.03 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                                          0.00                          0.00

Ver: 17.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*